MARK MANNING
HARDER, WELLS, BARON & MANNING, P.C.
474 Willamette Street
Eugene, OR 97401
(541) 686-1969
Attorney for Plaintiff

D. JAMES TREE
Attorney At Law
Tree Law Offices
3711 Englewood Avenue
Yakima, WA  98902
Telephone: (509) 452-1700
Fax:  (509) 577-9109

Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| RUBEN WALKER, ) | |
| ) | |
| Plaintiff, ) | Case No.    2:14-CV-00391-HZ |
| ) | |
| v. ) | ORDER FOR EAJA |
| ) | ATTORNEY FEES |
| CAROLYN W. COLVIN, ) | |
| Commissioner of Social Security ) | |
| Administration, ) | |
| ) | |
| Defendant. ) | |

It is hereby ORDERED that Plaintiff is awarded attorney fees in the amount $5,964.94 and costs of $400.00 pursuant to the Equal Access to Justice Act, 28

ORDER FOR EAJA ATTORNEY FEES - 1

U.S.C. § 2412. If Plaintiff owes no debt subject to Treasury Offset, the EAJA award will be made payable to Plaintiff's attorney, D. James Tree, based upon Plaintiff's assignment. If Plaintiff does owe a debt subject to Treasury Offset, the EAJA award will be applied toward the debt, with the remaining balance, if any, payable to Plaintiff and mailed to D. James Tree, 3711 Englewood Avenue, Yakima, Washington 98902.

DATED this 13th day of May, 2015.

_____
MARCO A. HERNANDEZ
United States District Judge

Respectfully submitted,

s/ D. JAMES TREE    WSBA #16976
Attorney for Plaintiff
3711 Englewood Avenue
Yakima, Washington 98902
Telephone: (509) 452-1700
Fax: (509) 577-9109

ORDER FOR EAJA ATTORNEY FEES - 2